# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/04/2020

**MEMO ENDORSED**

February 3, 2020

**VIA CM/ECF**
Honorable Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 17D
New York, NY 10007

   Re: Girotto v. House Of Food Inc., d/b/a Joy Curry & Tandoor, et al.
     Case 1:19-cv-07788-JPO

Dear Judge Parker:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for February 19, 2020, at 2:15 p.m., in Your Honor's Courtroom. However, Plaintiff's counsel has an important family event, namely, a school religious event for his child which requires attendance and being in Florida on that day.

Therefore, it is hereby respectfully requested that said Conference be adjourned to a date in late February or March, or any other date most convenient to the Court.

This is the undersigned counsel's first request for adjournment, to which opposing counsel have consented.

Thank you for your consideration of this adjournment request.

**APPLICATION GRANTED:** The Initial Pretrial Conference in this matter that is scheduled for Wednesday, February 19, 2020 at 2:15 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, March 16, 2020 at 2:30 p.m.**

APPLICATION GRANTED

*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
02/04/2020

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

1