**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

LUIGI GIROTTO,

                      Plaintiff,

          -against-

HOUSE OF FOOD. et al.,

                     Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2020

**19-CV-7788 (JPO) (KHP)**

**ORDER CONVERTING INITIAL
CASE MANAGEMENT
CONFERENCE TO TELEPHONE
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, March 16, 2020 at 2:30 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      **SO ORDERED.**

DATED:     New York, New York
           March 11, 2020

                                *Katharine H Parker*
                             _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge